UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DEBORAH DONOGHUE

           Plaintiff,

   v.

FINISH LINE INC.,

           Nominal Defendant,

MONECOR (LONDON) LIMITED
(TRADING AS ETX CAPITAL)

           Defendant.

------------------------------------------------------- X

Case No. 17-cv-8708-AJN

[rel. 17-cv-10083-AJN]

## DEFENDANT'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and this Court's Individual Practices in Civil Cases, Defendant Monecor (London) Limited (trading as ETX Capital) ("ETX") hereby moves to be heard before the Honorable Alison J. Nathan, United States District Judge, located at the United States Courthouse, 40 Foley Square, Courtroom 906, New York, New York, at a date and time to be determined by the Court, for an Order granting ETX's motion to dismiss the Complaint herein in its entirety and with prejudice.

In support of this motion, ETX respectfully submits:

(1) the accompanying memorandum of law; and

(2) the accompanying request for judicial notice and supporting exhibits.

Dated: February 26, 2018                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP


                                            By: */s/ Joseph E. Floren*
                                                Joseph E. Floren (admitted *pro hac vice*)
                                                One Market, Spear Street Tower
                                                San Francisco, CA 94105
                                                +1.415.442.1000
                                                joseph.floren@morganlewis.com

                                                */s/ Collin F. Hessney*
                                                Collin F. Hessney
                                                101 Park Avenue
                                                New York, NY 10078
                                                +1.212.309.6000
                                                collin.hessney@morganlewis.com

                                            *Attorneys for Defendant Monecor (London)*
                                            *Limited (trading as ETX Capital)*