# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZSQ@AOL.COM

August 22, 2018

Hon. Alison J. Nathan
Judge of the United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

**Re: Donoghue v. Finish Line, Inc. & Monecor (London) Ltd.
No. 17 cv 8708 (AJN)
Donoghue v. Iconix Brands, Inc. & Monecor (London) Ltd.
No. 17 cv 10083 (AJN)**

Your Honor:

I am one of plaintiff's counsel in the above-captioned matters and I write pursuant to the 30-day Orders of Dismissal entered in each case on July 23, 2018.

I respectfully request that each case be reopened and restored to the Court's calendar. Although fully negotiated and agreed Stipulations of Settlement are circulating they have not reached me within the 30 day period allowed by Your Honor for their filing. Additionally, I expect that the parties will want to move for Court approval of their terms and for the award of legal fees to plaintiff's counsel.

Should the Stipulations not be filed shortly the cases will need to proceed with pending motions and with a proposed motion to dismiss for which a briefing schedule was previously entered and will need to be revised.

Very truly yours,

David Lopez

DL/el
Cc: All Counsel of Record Via ECF