DAVID LOPEZ, ESQ. (DL-6779)
*Attorney for Plaintiff*
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11968
Tel:   631.287.5520
Fax:  631.283.4735
E-mail:  DavidLopezEsq@aol.com

MIRIAM TAUBER, ESQ.
*Attorney for Plaintiff*
885 Park Avenue, #2A
New York, New York 10075
Tel:  323.790.4881
E-mail:  MiriamTauberLaw@gmail.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DEBORAH DONOGHUE,**

Plaintiff,

- v. -

**FINISH LINE, INC.,**

Nominal Defendant,

- and -

**MONECOR (LONDON) LIMITED
(TRADING AS ETX CAPITAL,**

Defendant.

ECF CASE

No. 17 Civil 8708 (AJN)

---

**PLAINTIFF'S UNOPOSED MOTION FOR
APPROVAL OF SETTLEMENT AND FOR
AWARD OF AGREED ATTORNEYS' FEES
PLUS AGREED DISBURSEMENTS**

**PLEASE TAKE NOTICE** that Plaintiff will move this court before the Hon. Alison J. Nathan, U.S. District Judge, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time of the court's choosing, for approval of the terms of the Stipulation of Settlement filed in this action on August 28, 2018, as Document # 52, and for the award of an agreed fair and reasonable fee to Plaintiff's attorneys in the amount of $150,000. plus agreed disbursements of $2,620. This motion is based upon the affirmation of David Lopez, Esq. and all the papers and proceedings heretofore had herein.

Dated: Southampton, New York
September 7, 2018

_____
David Lopez, Esq. (DL-6779)
*Attorney for Plaintiffs*