UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deborah Donoghue, <br><br> Plaintiff, <br><br> –v– <br><br> Finish Line Inc. et al., <br><br> Defendants. | 17-cv-8708 (AJN) <br><br> ORDER |
| Deborah Donoghue, <br><br> Plaintiff, <br><br> –v– <br><br> Iconix Brand Group, Inc. et al., <br><br> Defendants. | 17-cv-10083 (AJN) <br><br> ORDER |

SEP 0 7 2018

ALISON J. NATHAN, District Judge:

    The parties shall file a joint letter by September 20, 2018, in which they propose an appropriate form of notice to be given to shareholders or members pursuant to Federal Rule of Civil Procedure 23.1(c). The Court will schedule a settlement hearing once it has approved a form of notice, and the hearing will occur following the notification of the appropriate individuals under Rule 23.1(c).

    SO ORDERED.

Dated: September 7, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge